# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

* * * * * * * * * * * * * * * * * * *
**UNITED STATES OF AMERICA**

      v.                            **CASE NO. 3:98CR253-001 (SEC)**

**JACQUELINE DIAZ**
* * * * * * * * * * * * * * * * * * *

## ORDER

Upon petition of Jose A. Figueroa, U.S. Probation Officer of this Court, alleging that releasee, Jacqueline Díaz, has failed to comply with her conditions of supervision, it is ORDERED that she appear before this Court on _____ 2005, at _____, for a hearing to show cause, if there be any, why her supervision term in the above-entitled case should not be revoked. Thereupon, she to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against her.
2. To present evidence in her own behalf.
3. To the opportunity to question witnesses against her.
4. To be represented by counsel.

The Clerk shall issue a summons to the offender and provide both the defense counsel as well as the government with a copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this _____ day of _____ 2005.

                                                                     _____
                                                                     Salvador E. Casellas
                                                    Senior United States District Judge