**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| v. | Criminal No. 98-253(SEC) |
| JACQUELINE DIAZ | |
| Defendant | |

## ORDER

José A. Figueroa, U.S. Probation Officer of the Court, alleges that releasee, Jacqueline Díaz, has failed to comply with the conditions of her release. Thus, Defendant Jacqueline Díaz's supervision term is hereby **TOLLED**. In addition, this matter is **REFERRED** to Magistrate Judge Justo Arenas for the holding of a hearing. Defendant Jacqueline Díaz is **ORDERED** to appear at said hearing and show cause, if there be any, why her supervised release in the above-entitled case should not be revoked. Thereupon, she to be dealt with pursuant to law.

At this hearing, the releasee will be entitled:

1. To the disclosure of evidence against her.

2. To present evidence in her own behalf.

3. To the opportunity to question witnesses against her.

4. To be represented by counsel.

The Clerk shall issue summons ordering Defendant Jacqueline Díaz to appear before the Court and provide all pertinent parties with a copy of this Order.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of December, 2005.

S/ *Salvador E. Casellas*

SALVADOR E. CASELLAS
U.S. Senior District Judge