# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                            DATE: 2-24-06

HONORABLE JUSTO ARENAS, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ     CR. 98-253-01 (SEC)

C. REPORTER : FTR

INT : MARIE HERNANDEZ          USPO : JOSE A. FIGUEROA
================================================================

UNITED STATES OF AMERICA           AUSA- LYNN DOBLE

Plaintiff(s)

V.

JACQUELINE DIAZ                    AFPD- MAX PEREZ-BOURET

Defendant(s)
================================================================

CASE CALLED FOR SHOW CAUSE / REVOCATION SUPERVISED RELEASE HEARING . Arguments by both parties heard . Magistrate Arenas entered his findings as to probable cause. Case is referred to Honorable Judge Casellas for Final Revocation Hearing. Defendant shall remain committed .

S/ Carlos J. Rodríguez
Deputy Clerk