IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>JACQUELINE DIAZ,<br>    Defendant | CRIMINAL NO. 98-253 (SEC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT :

    1.   Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for *Jacqueline Díaz*.

    2.   Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made to the AFPD assigned to the case, and that all electronic notifications to the Federal Public Defender, Mr. Joseph C. Laws, be terminated.

    I HEREBY CERTIFY that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 9th day of March, 2006.

**JOSEPH C. LAWS, JR**
**Federal Public Defender**

*S/Carlos A. Vázquez-Alvarez*
CARLOS A. VÁZQUEZ-ALVAREZ
USDC-PR 206903
A.F.P.D. for Defendant
241 Franklin D. Roosevelt Avenue
Hato Rey, PR  00918-2441
Tel. (787) 281-4922
Fax (787) 281-4899
E-mail : carlos_vazquez@fd.org