IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>    v.<br><br>JACQUELINE DIAZ<br>    Defendant | Criminal No. 98-253 (SEC) |

## Motion Requesting Continuance of Revocation Hearing

TO THE HONORABLE COURT:

   COMES NOW the Defendant , Jacqueline Díaz, by and through her court-appointed counsel, and very respectfully states and prays from this Honorable Court as follows:

   1.   That the Hearing on Revocation of Supervised Release of defendant Jacqueline Díaz, has been scheduled for March 10, 2005, at 9:30 AM.

   2.   The Advanced Federal Criminal Appellate Practice Seminar sponsored by the Criminal Justice Act will be held also on March 10, 2006, all day, at Condado Plaza Hotel, 999 Ashford Ave., San Juan, Puerto Rico.

   3.   That the members of the Federal Public Defender's Office are scheduled to attend the aforementioned seminar.

   4.   Furthermore, Assistant Federal Public Defender Joannie Plaza-Martínez, appearing on behalf of defendant Díaz, is outside the jurisdiction.

   **WHEREFORE**, the defendant respectfully requests from this Honorable Court an order granting her request for a continuance of Revocation Hearing, in view of the court-sponsored seminar scheduled for March 10, 2006.

Criminal No. 98-253 (SEC)                                                        2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of March, 2006.

**JOSEPH C. LAWS, JR**
**Federal Public Defender**
**District of Puerto Rico**

*S/Carlos A. Vázquez-Alvarez*
**CARLOS A. VÁZQUEZ-ALVAREZ**
**USDC-PR 206903**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922**
**Fax (787) 281-4899**
**E-mail :** carlos_vazquez@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Motion was served on counsel for the government, U.S. Attorney H.S. García by delivering it to the Office of the United States Attorney, at Torre Chardón, Suite 1201, 350 Carlos Chardón Ave., San Juan, Puerto Rico.

In San Juan, Puerto Rico, this 9th day of March, 2006.

**JOSEPH C. LAWS, JR**
**Federal Public Defender**
**District of Puerto Rico**

*S/Carlos A. Vázquez-Alvarez*
**CARLOS A. VÁZQUEZ-ALVAREZ**
**USDC-PR 206903**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922**
**Fax (787) 281-4899**
**E-mail :** carlos_vazquez@fd.org