# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO          DATE: May 12, 2006

COURT REPORTER: FTR/sld                         **CRIM. NO. 98-253 (1) (SEC)**

COURT INTERPRETER: Annie Navarro

================================================================
                                             <u>Attorneys:</u>

UNITED STATES OF AMERICA                 AUSA, JUDITH VARGAS

vs.

JACQUELINE DIAZ                          AFPD, FRANCISCO VALCARCEL
U/C 16803-069

================================================================

The defendant is present in court. She is <u> X </u> under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

<u> X </u>  Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   NOVEMBER 5, 1999 is REVOKED**.

**SENTENCE**: <u>Imprisonment for a term of 3 months that will conclude on May 22, 2006 and Supervised Release term of 6 months.</u>

                                                  *S/ Sulma López-Defilló*
                                                  Courtroom Deputy Clerk