## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES OF AMERICA**

    **v.**　　　　　　　　　　　　　　**CASE NO.　3:98-CR-253-001 (SEC)**

**JACQUELINE DIAZ**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

 Upon petition of Jose A. Figueroa, U.S. Probation Officer of this Court, alleging that releasee, Jacqueline Díaz, has failed to comply with her conditions of supervision, it is ORDERED that she appear before this Court on _____ 2006, at _____, for a hearing to show cause, if there be any, why her supervision term in the above-entitled case should not be revoked. Thereupon, she to be dealt with pursuant to law.

 At this hearing, releasee will be entitled:

1. To the disclosure of evidence against her.
2. To present evidence in her own behalf.
3. To the opportunity to question witnesses against her.
4. To be represented by counsel.

 The Clerk shall issue a summons to the offender and provide both the defense counsel as well as the government with a copy of this Order.

 IT IS SO ORDERED

 In San Juan, Puerto Rico, this _____ day of _____ 2006.

                 _____
                  Salvador E. Casellas
                Senior United States District Judge