# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS        DATE: October 6, 2006

HONORABLE JUSTO ARENAS, CHIEF U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón    Case No. CR. 98-0253-01 (SEC)

COURT REPORTER: FTR        USPO: José Figueroa

INTERPRETER: Lauren García

==================================================================

United States of America        ATTORNEYS : Judith Vargas, AUSA

Plaintiff

v.

Jacqueline Díaz        Joannie Plaza, AFPD

Defendant(s)

==================================================================

    CASE CALLED FOR A PRELIMINARY HEARING AS TO VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE.

    Initial appearance held as well and the defendant was brought before the Court based on a summons issued by Hon. Justo Arenas, Chief U.S. Magistrate Judge on October 3, 2006.

    Defendant was advised of her rights and charges.

    Counsel for defendant informs that they will not be contesting the violations of conditions of supervised release as so informed by the U.S. Probation Officer. Requests that the defendant be allowed to remain on release until the date of the final revocation hearing.

    Government's counsel has no objection.

    After hearing the parties, Magistrate Arenas makes a finding of probable cause to have the supervised release term revoked. The case is referred to Senior Judge Salvador Casellas for the setting of the Final Revocation Hearing.

    **The defendant is to remain on release, however, summons is to be issued once the revocation hearing is set by the Court.**

                                     s/Sarah V. Ramón
                                     Sarah V. Ramón, Deputy Clerk