T.

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO

| UNITED STATES OF AMERICA | *Amended* |
| V. | SUMMONS IN A CRIMINAL CASE |
| **JACQUELINE DIAZ** | Case Number: 98-CR-253-01(SEC) |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| CHARDON AVENUE, HATO REY, PR | 4TH FLOOR |
| | Date and Time |
| Before:  **CHIEF MAGISTRATE JUDGE JUSTO ARENAS** | **OCTOBER 6, 2006 AT 12:00 NOON** |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

RECEIVED & FILED
2006 OCT -5 PM 3:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

JUSTO ARENAS, CHIEF U.S. MAGISTRATE JUDGE
Name and Title of Issuing Officer

S/JUSTO ARENAS
Signature of Issuing Officer

OCTOBER 3, 2006
Date

*Jacqueline Diaz* (signature)

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | *Paseo Covadonga #54* / Date  *United Toros*    10-5-06 |

### Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at:
*Paseo Covadonga #54*
*Puerta de Tierra San Juan PR*

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10-5-06
          Date

*Herman Wirshing*
Name of United States Marshal

*Efrain Ortiz, Guard*
(by) Deputy United States Marshal

Remarks:
Tel- 723-5578 office
787- 649-9601
450-0166 -cellular

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.