IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>          vs.<br><br>JACQUELINE DIAZ,<br>    Defendant | Crim. No. 98-253 (SEC) |

**MOTION REQUESTING CONTINUANCE OF REVOCATION HEARING**

TO THE HONORABLE SALVADOR CASELLAS,
SENIOR UNITED STATES JUDGE
FOR THE DISTRICT OF PUERTO RICO

    COMES NOW, *Ms. Jacqueline Díaz*, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico, and before this Honorable Court respectfully states and prays:

    1.    The revocation hearing as to Ms. Díaz is scheduled for Friday, December 1st, 2006 at 10:00 a.m.

    2.    On the above mentioned date, the Federal Public Defender, is co-sponsoring a day long *Brady and Crawford Litigation Seminar*.

    3.    The attendance of all Assistant Federal Public Defenders is required.

    4.    For the aforementioned reasons, the undersigned requests this Honorable Court to continue the revocation hearing.

    **WHEREFORE**, it is respectfully requested that this Honorable Court reschedules the revocation hearing for an alternative date.

U.S. v. Jacqueline Díaz                                                                                              -2-
Crim. No.  98-253 (SEC)

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of November, 2006.

           **JOSEPH C. LAWS, JR.**
           FEDERAL PUBLIC DEFENDER
           FOR THE DISTRICT OF PUERTO RICO

           *S/JOANNIE PLAZA-MARTINEZ*
           JOANNIE PLAZA-MARTINEZ
           Assistant Federal Public Defender
           USDC-PR 215604
           241 F.D. Roosevelt Avenue
           San Juan, PR 00918-2305
           Phone No. (787) 281-4922
           Fax No.  (787) 281-4899
           Joannie Plaza@fd.org.

**CERTIFICATE OF SERVICE**

**HEREBY CERTIFY** that on November 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the parties of record.

In San Juan, Puerto Rico, this 29th day of November, 2006.

           **JOSEPH C. LAWS, JR.**
           FEDERAL PUBLIC DEFENDER
           FOR THE DISTRICT OF PUERTO RICO

           *S/JOANNIE PLAZA-MARTINEZ*
           JOANNIE PLAZA-MARTINEZ
           Assistant Federal Public Defender
           USDC-PR 215604
           241 F.D. Roosevelt Avenue
           San Juan, PR 00918-2305
           Phone No. (787) 281-4922
           Fax No.  (787) 281-4899
           Joannie Plaza@fd.org.