AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE           DISTRICT OF           PUERTO RICO

UNITED STATES OF AMERICA,                              **APPEARANCE**

                              v.                                           CASE NUMBER: **CR98-253(SEC)**

   **JACQUELINE DIAZ**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| November 29th, 2006 | /s/ Lynn Doble-Salicrup |
| *Date* | *Signature* |
| | Lynn Doble-Salicrup |
| | *Print Name* |
| | 350 Torre Chardón, Suite 1201 |
| | *Address* |
| | Hato Rey, Puerto Rico 00918 |
| | *City* |
| | (787) 766-5656 |
| | Phone Number |