# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE SENIOR JUDGE SALVADOR E. CASELLAS     Date: December 21, 2006

COURTROOM DEPUTY: Omar FLAQUER     CR NO: 98-253-01 (SEC)

COURT REPORTER: FRT

COURT INTERPRETER: Hilda GUTIERREZ

---

<u>Attorneys:</u>

UNITED STATES OF AMERICA     AUSA Lynn DOBLE

v.

[1] JACQUELINE DIAZ     Max PEREZ-BOURET, AFPD.

---

CASE SET FOR REVOCATION HEARING, but not held. The defendant failed to appear at today's hearing. Counsel for the defendant informed that the defendant was properly notified of today's hearing. The Court ordered that an arrest warrant shall be issued, but shall be executed after January 8, 2007.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk