AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2006 DEC 20 AM 10: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JDIS
AFO ☐   IN ☑
CIV ☑   OUT ☑
Item: 2

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| JACQUELINE DIAZ | Case Number: 98-CR-253 (01) (SEC) |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>JOSE V. TOLEDO FEDERAL COURTHOUSE<br>RECINTO SUR STREET<br>OLD SAN JUAN, PR 00901 | Room<br>SENIOR JUDGES' COURTROOM, 3RD FLOOR |
|---|---|
|  | Date and Time<br>DECEMBER 21, 2006 AT 9:00 A.M. |
| Before: SALVADOR E. CASELLAS, U.S. DISTRICT JUDGE | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation   ☐ Probation Violation Petition

Charging you with a violation of _____ United States Code, _____

Brief description of offense:

**VIOLATION OF SUPERVISED RELEASE**

| S/ Salvador E. Casellas | November 29, 2006 |
|---|---|
| Signature of Issuing Officer | Date |

**FRANCES RIOS DE MORAN, Clerk of Court**
Name and Title of Issuing Officer

BY: **S/ Sulma López-Defilló**, Deputy Clerk

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date 12-12-06 |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  12-12-06         Herman Wirshing
          Date              Name of United States Marshal

                            _____
                            (by) Deputy United States Marshal  Guzmad.

Remarks:

① Edif. 88 Apt. 1709
   Alonso Torres Housing Project.
   Santurce, PR

② Paseo Covadonga #54
   San Juan, PR.
   Edif. Freirre
   of. 212.
   Supervisor Ricardo Cerra
   787-723-5578 office  787-643-9631 - cellular

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.