AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

UNITED STATES OF AMERICA,                  **APPEARANCE**
Plaintiff,

      v.                                  CASE NUMBER: 98-253(SEC)

JACQUELINE DIAZ, et al
Defendant.


To the Clerk of this court and all parties of record:


      Enter my appearance as **COUNSEL** in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Lynn Doble Salicrub be terminated.



January 25, 2007                        /s/ *Vernon Bénet Miles*
*Date*                                        *Signature*

                                          *Vernon Bénet Miles, AUSA - USDC No. 219303*
                                          *Print Name*

                                          *Suite 1201, Torre Chardon,*
                                          *350 Carlos Chardon Street*
                                          *Hato Rey, Puerto Rico 00918*
                                          *Address*

                                          *(787) 766-5656*
                                          Phone Number
                                          vernon.miles@usdoj.gov
                                          E-mail Address

**Notice of Appearance**
**Criminal No. 98-253(SEC)**
**Page No. 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date January 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

/s/ *Vernon Bénet Miles*
Vernon Bénet Miles, AUSA  - 219303
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: vernon.miles@usdoj.gov