## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO         DATE: APRIL 13, 2007

COURT REPORTER: FTR/sld                       **CRIM. NO. 98-253 (1) (SEC)**

COURT INTERPRETER: EDNA BRAYFIELD

==================================================================
Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA, VERNON MILES |
| vs. | |
| JACQUELINE DIAZ<br>U/C 16803-069 | AFPD, MAX PEREZ-BOURET |

==================================================================

The defendant is present in court. She is __X__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

__X__   Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   MAY 12, 2006 is REVOKED**.

**SENTENCE**: Imprisonment for a term of 3 months with no supervision to follow. It is strongly recommended to the Bureau of Prison that the offender be afforded with drug treatment.

S/ *Sulma López-Defilló*
Courtroom Deputy Clerk
