AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE                                         District of         PUERTO RICO

UNITED STATES OF AMERICA
V.

**JACQUELINE DIAZ**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 98-CR-253 (01) (SEC)
USM Number: 16803-069

AFPD, MAX PEREZ-BOURET
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  Standard Cond. 1, 2, 3 & 4   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #1 | Failure to refrain from the use of a controlled substance | 8/10/06; 8/15/06 |
| Standard Condition #2 | Failure to report and complete written report to U.S. Probation Office within the first five days of each months. | 7/28/06; 8/10/06; 8/22/06; 10/10/06; 12/7/06 |
| Additional Condition #1 | Failure to participate in an out-patient drug treatment program. | 8/17/06; 8/21/06; 8/23/06; 8/24/06; 8/31/06 ; 9/7/06; 10/6/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

April 13, 2007
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

Salvador E. Casellas, U.S. District Judge
Name and Title of Judge

April 13, 2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:     JACQUELINE DIAZ
CASE NUMBER:   98-CR-253 (1)(SEC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :  **THREE (3) MONTHS with no supervision to follow.**

X  The court makes the following recommendations to the Bureau of Prisons:
   **It is strongly recommended that the defendant be afforded with drug treatment while imprisoned.**

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐  at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on _____ .
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL