AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____FOR THE JUDICIAL_____ District of _____PUERTO RICO_____

UNITED STATES OF AMERICA

V.

**JACQUELINE DIAZ**

**WARRANT FOR ARREST**

Case Number: 3:98CR253-01 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**JACQUELINE DIAZ**_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)
The defendant failed to appear at the revocation hearing set for December 21, 2006 as ordered by the Honorable Judge Salvador E. Casellas.

in violation of Title _____ United States Code, Section(s) _____

SALVADOR E. CASELLAS                    S/SALVADOR E. CASELLAS
Name of Issuing Officer                  Signature of Issuing Officer

U.S. DISTRICT JUDGE                      December 22, 2006
Title of Issuing Officer                 Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 12/22/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/12/2007 | MILITZA SANTOS, TFA PRPTF | |